# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEPHONNE D. EASTER**                                                              **PLAINTIFF**

**v.**                                    **No: 4:21-cv-01163-LPR**

**TONYA GREER, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that this entire case is dismissed without prejudice.

IT IS SO ADJUDGED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE